UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          No. 2:14-CR-20017

CALLIOPE "OPE" ROCKY SAAGA                                       DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 45) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Defendant's motion to vacate. The Court has conducted careful review of this case and agrees with the Magistrate Judge's analysis of each of the grounds raised in Defendant's motion. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 37) is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 3rd day of March, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE